No. 5, original. WISCONSIN ET AL. *v.* ILLINOIS ET AL.;
No. 8, original. MICHIGAN ET AL. *v.* SAME; and
No. 9, original. NEW YORK ET AL. *v.* SAME. Motion
submitted January 12, 1933. Decided January 16, 1933.
The motion to amend the decree herein is denied. *Messrs.
Stratton Shartel, L. D. Smith, H. L. Norwood, J. W.*

*Carmmack, G. L. Rice, James O'Connor, Daniel N. Kirby,* and *Cornelius Lynde* for petitioners in support of the motion. *Messrs. J. E. Finnegan, Patrick H. O'Brien, Harry H. Peterson, John H. Bricker, Joseph E. Hirschberg, Herman L. Ekern, Herbert H. Naujoks,* and *R. T. Jackson* in opposition to the motion.